

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

GEORGE M. MILLER,

    Plaintiff,

vs.                              CASE NO. 8:02-CV-1080-T-24MSS

EVERETT S. RICE, Sheriff of
Pinellas County, in his official
capacity; and DEPUTY CHARLES
STREET, Individually,

    Defendants.
_____/

### NOTICE OF FILING THE DEPOSITION TRANSCRIPT
### OF GEORGE MILLER IN SUPPORT OF
### REPLY ORDERED BY THE COURT

The Defendants, by and through their undersigned attorney files the transcript of the Deposition of the Plaintiff, George Miller, taken May 28, 2003 at Belle Glade Florida.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by regular U.S. Mail this 5th day of August 2003, to:

John A. Shahan, Esq.
536 E. Tarpon Ave., Suite 3
Tarpon Springs, FL 34689

                                      Thomas E. Spencer
                                      Sr. Assistant County Attorney
                                      315 Court Street
                                      Clearwater, Florida 33756
                                      (727) 464-3354
                                      Attorney for Everett S. Rice
                                      FBN 0897159