# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

GEORGE M. MILLER,

    Plaintiff,

vs.                    CASE NO. 8:02-CV-1080-T-24MSS

EVERETT S. RICE, Sheriff of Pinellas County, in his official capacity; and DEPUTY CHARLES STREET, Individually,

    Defendants.

_____/

## SPECIAL INTERROGATORY TO THE JURY

**Do you find from a preponderance of the evidence:**

1. George Miller attempted to forcibly enter and take an occupied vehicle before Deputy Street discharged his firearm?

    Answer Yes or No: __Yes__

**SO SAY WE ALL.**

                              _____
                              Foreperson

DATED: __1-8-04__