UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE M. MILLER,

          Plaintiff,

-vs-                                    Case No. 8:02-cv-1080-T-24MSS

EVERETT S. RICE, et al.,

          Defendants.
_____

## **O R D E R**

This cause comes before the Court on Plaintiff's motion for leave to appeal in forma pauperis (Doc. No. 200). Plaintiff inadvertantly filed his motion in the United States Court of Appeals for the Eleventh Circuit and it was forwarded to this Court for consideration.

Plaintiff's motion for leave to appeal in forma pauperis (Doc. No. 200) is denied, pursuant to 28 U.S.C. § 1915(b)(1). Plaintiff is assessed the $455.00 appellate filing fee. The Clerk is directed to send a copy of this order to Inmate Accounting 1711 Mahan Drive, Tallahassee, FL 32308 Attention: Jeffrey R. Straley, Professional Account Supervisor; Veronica Wold, Government Operations Consultant. The Department of Corrections shall place a lien on the inmate's trust account for court costs and filing fees due.

**DONE AND ORDERED** at Tampa, Florida, this 1st day of September, 2006.

*[signature]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:

Pro Se Plaintiff
Counsel of Record